IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT WITH USER 10100008562011804 IN POSSESSION OF FACEBOOK, INC. | Case No. 1:19MJ221 |

## ORDER

The government having moved that the application filed in this case be sealed by redaction and the court being apprised of the reasons therefor, IT IS HEREBY ORDERED that the warrant, application, and return be sealed by redaction as proposed by the government.

The Court has inherent authority to order the sealing of a warrant and affidavit. *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). On the showing before the court, the court considers that the government has made a prima facie showing that justifies sealing the search warrant materials by redaction.

The search warrant application shall be placed under seal by the clerk and filed publicly with redactions.

_____
Joe L. Webster
United States Magistrate Judge

Date: December 27, 2021